

**SOCIAL SECURITY ADMINISTRATION**

Refer To:        -9647

Office of Disability Adjudication and Review
6th Floor
74 North Pearl Street
Albany, NY 12207

Date: JUN 2 6 2008

Steven Mosinski

Stone Ridge, NY 12484

### NOTICE OF AMENDED DECISION – UNFAVORABLE

I have made the enclosed decision in your case. Please read this notice and the decision carefully.

**This Decision is Unfavorable To You**

Another office will process the decision and send you a letter about your benefits. Your local Social Security office or another may first ask you for more information. If you do not hear anything for 60 days, contact your local office.

**If You Disagree With The Decision**

If you disagree with my decision, you may file an appeal with the Appeals Council.

**How to File an Appeal**

To file an appeal you or your representative must request that the Appeals Council review the decision. You must make the request in writing. You may use our Request for Review form, HA-520, or write a letter.

You may file your request at any local Social Security office or a hearing office. You may also mail your request right to the **Appeals Council, Office of Disability Adjudication and Review, 5107 Leesburg Pike, Falls Church, VA 22041-3255**. Please put the Social Security number shown above on any appeal you file.

**Time to File an Appeal**

To file an appeal, you must file your request for review **within 60 days** from the date you get this notice.

The Appeals Council assumes you got the notice 5 days after the date shown above unless you show you did not get it within the 5-day period. The Council will dismiss a late request unless you show you had a good reason for not filing it on time.

See Next Page

Steven Mosinski       -9647)                                    Page 2 of 3

### Time to Submit New Evidence

You should submit any new evidence you wish to the Appeals Council to consider with your request for review.

### How an Appeal Works

Our regulations state the rules the Appeals Council applies to decide when and how to review a case. These rules appear in the Code of Federal Regulations, Title 20, Chapter III, Part 404 (Subpart J) and Part 416 (Subpart N).

If you file an appeal, the Council will consider all of my decision, even the parts with which you agree. The Council may review your case for any reason. It will review your case if one of the reasons for review listed in our regulation exists. Section 404.970 and Section 416.1470 of the regulation list these reasons.

Requesting review places the entire record of your case before the Council. Review can make any part of my decision more or less favorable or unfavorable to you.

On review, the Council may itself consider the issues and decide your case. The Council may also send it back to an Administrative Law Judge for a new decision.

### The Appeals Council May Review The Decision On Its Own

The Appeals Council can review my decision even without your request to do so. If it decides to do that, the Council will mail you a notice about its review within 60 days from the date of this notice.

### If No Appeal and No Appeals Council Review

If you do not appeal and the Council does not review my decision on its own motion, you will not have a right to court review. My decision will be a final decision that can be changed only under special rules.

### New Application

You have the right to file a new application at any time, but filing a new application is not the same as appealing this decision. If you disagree with my decision and you file a new application instead of appealing, you might lose some benefits, or not qualify for any benefits. My decision could also be used to deny a new application for insurance benefits, if the facts and issues are the same. So, if you disagree with this decision, you should file an appeal within 60 days.

### If You Have Any Questions

If you have any questions, you may call, write or visit any Social Security office. If you visit

See Next Page

08/19/2009  10:51  19174631006  RICHARD A ALTMAN ESQ  PAGE 02/03

Steven Mosinski          ·9647)                                  Page 3 of 3

an office, please bring this notice and decision with you. The telephone number of the local office that serves your area is (845)338-2589. Its address is Social Security, 809 Grant Ave, Lake Katrine, NY 12449.

                                                  Carl E Stephan
                                                  Administrative Law Judge

cc:   Richard Altman
       285 West 4th Street
       New York, NY 10014