

**U.S. Department of Justice**

*United States Attorney*
*Northern District of New York*
*Civil Division*

---

*c/o Social Security Administration*     tel: (212) 264-3650, x239.
*Office of the General Counsel*          fax: (212) 264-6372
*26 Federal Plaza, Room 3904*            email: Michelle.L.Christ@ssa.gov
*New York, New York 10278*

November 24, 2009

**Via ECF Filing**

Hon. Gustave J. DiBianco,
U.S. Magistrate Judge
Federal Building and U.S. Courthouse
PO Box 7396
Syracuse, NY 13261

1:09-CV-944

Re:   Steven Mosinski v. Commissioner, 09-0944

Dear Hon. DiBianco:

The undersigned Special Assistant United States Attorney writes to respectfully request approval of an extension of the Commissioner's time to answer to December 15, 2009. Counsel for plaintiff has consented to this request. The Commissioner has not yet received the plaintiff's file and will need the additional time in order to prepare a certified copy of the transcript of the administrative record.

GJD

Thank you for Your Honor's consideration of this request.

Very truly yours,

ANDREW T. BAXTER
Interim United States Attorney

BY:   /s/ Michelle Christ
SAUSA NAME BAR # 515387
Special Assistant U.S. Attorney

SO ORDERED: *G/ DiBianco*   11/27/09

Hon. Gustave J. DiBianco
United States Magistrate Judge