UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

STEVEN MOSINSKI,

                Plaintiff,                09-cv-944 (GLS)(GJD)

    -against-

MICHAEL J. ASTRUE,              **NOTICE OF APPEAL**
Commissioner, Social Security Administration,

                Defendant.

------------------------------------------------------------x

    Notice is hereby given that plaintiff STEVEN MOSINSKI hereby appeals to the United States Court of Appeals for the Second Circuit from an order dismissing this action entered on June 28 , 2011, and a judgment entered pursuant thereto on June 28, 2011, and from each and every part thereof.

Dated: July 20, 2011

                                                    */s/ Richard A. Altman*

                                        LAW OFFICES OF RICHARD A. ALTMAN
                                        Attorneys for Plaintiff
                                        285 West Fourth Street
                                        New York, New York 10014
                                        212.633.0123
                                        altmanlaw@earthlink.net
                                        artesq@earthlink.net